# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

TINA HART,
     v.

CASE NUMBER: C08-5248 RBL

SSA MARINE, INC. a Washington Corporation;
PACIFIC MARITIME ASSOCIATION, a
CALIFORNIA CORPORATION AND INTERNATIONAL
LONGSHORE AND WAREHOUSE UNION, LOCAL 21.

[ √ ]     **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant SSA's Motion for Summary Judgment [Dkt. #49] is GRANTED and

Plaintiff's claims (including her claim for injunctive relief) against it are DISMISSED with prejudice.

Because Plaintiff's only remaining claims against Defendants PMA and the Union depended on her

prevailing on her discrimination claims, and those claims are dismissed, her injunctive relief claims

against the remaining defendants are similarly DISMISSED with prejudice.

                                                                          BRUCE RIFKIN

*Dated: October 19, 2009*                                                  *Clerk*

                                                                    s/Jean Boring
                                                                    *(By) Deputy Clerk*